IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENN H. MANUS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 14-4758** |
| | : | |
| **VINCENT MOONEY, THE DISTRICT ATTORNEY OF COUNTY OF NORTHUMBERLAND, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, and THE DISTRICT ATTORNEY OF DELAWARE COUNTY** | : | |

## ORDER

**AND NOW**, this 15th day of September, 2015, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the response to the Petition for Writ of Habeas Corpus, the Report and Recommendation filed by United States Magistrate Judge Elizabeth T. Hey (Document 17), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Hey is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and,

3. There is no probable cause to issue a certificate of appealability.

      /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.